# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TERRY E. LELAND & JEANNIE M. LELAND                                   Case Number: 07-70003
348 WEST CENTER STREET                          SSN-xxx-xx-7387 & xxx-xx-7655
SANDWICH, IL  60548

Case filed on:       1/2/2007
Plan Confirmed on:       6/8/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,509.00                 Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 2,274.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,274.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TERRY E. LELAND | 0.00 | 0.00 | 156.42 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 156.42 | 0.00 |
| 001 | AMERICAN NATIONAL BANK OF DEKALB CO | 16,234.69 | 815.46 | 815.46 | 0.00 |
| 002 | AURORA FINANCE CORPORATION | 2,268.00 | 2,268.00 | 2,268.00 | 0.00 |
| 003 | GMAC | 7,957.85 | 0.00 | 0.00 | 0.00 |
| 006 | WELLS FARGO BANK N.A. | 11,754.77 | 544.53 | 544.53 | 0.00 |
| 007 | WELLS FARGO BANK N.A. | 130,207.94 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 168,423.25 | 3,627.99 | 3,627.99 | 0.00 |
| 001 | AMERICAN NATIONAL BANK OF DEKALB CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SILVERLEAF VACATION CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIANCE ONE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLSTEEL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ASSOCIATES OPTICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 3,672.59 | 3,672.59 | 3,672.59 | 179.85 |
| 017 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CARE CREDIT / GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | GENWORTH MORTGAGE INSURANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | HSBC RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LVNV FUNDING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 1,904.72 | 1,904.72 | 1,904.72 | 93.28 |
| 030 | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 397.36 | 397.36 | 397.36 | 19.43 |
| 032 | SHERMAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SOUTHWEST RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SW ROOFING & CONSTRUCTION, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROUNDUP FUNDING LLC | 258.97 | 258.97 | 258.97 | 12.65 |
| 036 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WAYLON JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,233.64 | 6,233.64 | 6,233.64 | 305.21 |
|  | Grand Total: | 177,656.89 | 12,861.63 | 12,292.05 | 305.21 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $12,597.26 |
| Trustee Allowance: | $911.74 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan